**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JENNIFER SENAT,

                Plaintiff,                21 **CIVIL** 1225 (DCF)

      -v-                        **JUDGMENT**

ACTING COMMISSIONER OF SOCAIL
SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 14, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded for further administrative proceedings pursuant to the fourth sentence of 205(g) of the Social Security Act, 42 U.S.C. 405(g)§.

**Dated:** New York, New York
         October 14, 2021

                                                       **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                             **BY:**
                                                        **Deputy Clerk**